# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NIGHT AND DAY FURNITURE, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIANJIN MOJIA E-COMMERCE CO., ) <br> LTD, ) <br> ) <br> Defendant. ) | Case No. 4:23-cv-176 <br><br> JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Night And Day Furniture, LLC ("Night & Day") brings this action under the patent laws of the United States, Title 35 of the United States Code, and makes the following allegations against Tianjin Mojia E-Commerce Co., Ltd. ("Tianjin").

## THE PARTIES

1. Plaintiff Night & Day is a limited liability company organized under the laws of the State of Washington with a principal place of business at 3115 NE 109th Avenue, Suite A, Vancouver, Washington 98682.

2. On information and belief, Defendant Tianjin is a corporation organized and existing under the laws of China with a principal place of business at 1-1-918, South Zone, Financial and Trade Center, No. 6975, Asia Road, Tianjin Pilot Free Trade Zone (Dongjiang, Bonded Port Area), Tianjin, China 300000.

## JURISDICTION AND VENUE

3. This is an action for patent infringement under the patent laws of the United States of America, 35 U.S.C. § 1, *et seq.*

4. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States' patent statutes, 35 U.S.C. § 101 *et seq*.

5. This Court has personal jurisdiction over Tianjin because Tianjin has regularly conducted business within the state of Missouri, including within this District, and has engaged in acts of patent infringement within the state of Missouri, including within this District.

6. Venue is proper under 28 U.S.C. §§ 1391 and 1400(b) because Tianjin has committed acts of patent infringement in the state of Missouri, including in this District, and under 28 U.S.C. § 1391(c)(3) because Tianjin is a foreign corporation and therefore subject to venue in any District.

## BACKGROUND

7. Founded in 2000, Night & Day is a leader in innovative and sustainably-sourced furniture products, including beds, dressers and chests of drawers.

8. Night & Day has obtained patent protection that relates to its unique and novel furniture products. For example, Night & Day's patented inventions include its cabinet beds and chest bed furniture products.

9. Specifically, Night & Day is the assignee of U.S. Patent No. 9,993,088 entitled "Furniture Objects for Storing Foldable Beds" ("the '088 patent"). A true and correct copy of the '088 patent is attached as Exhibit A, which is incorporated herein by reference.

10. Night & Day manufactures and sells the Clover Murphy Cabinet Bed. As shown below, the Clover Murphy Cabinet Bed is a furniture piece which in the closed position resembles a chest or cabinet, and, in the open position converts into a bed, as shown below.



*See* Exhibits B and P, which are incorporated herein by reference.

11. Night & Day's Clover Murphy Cabinet Bed practices the '088 patent, and is marked with the '088 patent. *See* Exhibits B and P.

## THE MIXOY BED

12. Tiajin is the owner of U.S. Trademark Registration No. 6,393,459 for the mark MIXOY for "Chairs; Cribs; Desks; Sofas; Beach chairs; Furniture, mirrors, picture frames; Furniture, namely, showcases; Nonmetal mirror hangers; Office furniture; Pet furniture; Shoe racks; Tea tables; Venetian blinds" in International Class 20. A copy of the USPTO records for this trademark registration is attached as Exhibit C, which is incorporated herein by reference.

13. Amazon.com has offered for sale a foldable bed furniture product under the brand Mixoy ("The Mixoy Bed Chest"). *See* Exhibit D, which is incorporated herein by reference. On information and belief, Tianjin, as the owner of the Mixoy trademark is the manufacture, seller, distributor and/or retailer of the Mixoy Bed Chest.

14. The Mixoy Bed Chest is not manufactured or licensed by Night & Day.

15. On December 5, 2022, a representative of Night & Day purchased the Mixoy bed from Amazon. *See* Exhibit E, which is a receipt for the purchase and incorporated herein by reference.

16. The Mixoy Bed Chest was received in Missouri in December 2022.

17. The Mixoy Bed Chest is configured to have an open position and a closed position. In the closed position, the Mixoy Bed Chest resembles a chest or cabinet and encloses a foldable mattress, as shown below:



*See* Exhibit F, which is a photograph of the Mixoy Bed Chest received and incorporated herein by reference.

18. In the open position, the Mixoy Bed Chest forms a sleeping platform designed to support the foldable mattress, as shown below:



*See* Exhibit G, which is a photograph of the Mixoy Bed Chest received and incorporated herein by reference.

19. Comparisons of Figures 5 and 9 of the '088 patent and the Mixoy Bed Chest are shown below:



| '088 Patent | Mixoy Bed Chest |
|---|---|
| (Figure 9) | *See* Exhibit O, which is a photograph of the Mixoy Bed Chest received and incorporated herein by reference. |
| (Figure 5) | *See* Exhibit Q, which is a photograph of the Mixoy Bed Chest received and incorporated herein by reference. |

5

20. Tianjin sells, offers for sale, has offered for sale and has sold the Mixoy Bed Chest within the United States, and specifically within this judicial district.

21. The Mixoy Bed Chest is offered for sale by Tianjin as well as through retailers such as Amazon. *See* Exhibits D and R, which are incorporated herein by reference.

## THE MJKONE BED

22. Tiajin is the owner of U.S. Trademark Registration No. 6,281,857 for the mark MJKONE for "Anti-roll cushions for babies; mattresses, pillows and bolsters; Baby bolsters; Baby head support cushions; Cushions; Pillows." in International Class 20. A copy of the USPTO records for this trademark registration is attached as Exhibit I, which is incorporated herein by reference.

23. Amazon.com has offered for sale a foldable bed furniture product, which includes a mattress, under the brand MJKONE ("The Mjkone Bed Chest"). *See* Exhibit H, which is incorporated herein by reference. On information and belief, Tianjin, as the owner of the Mjkone trademark is the manufacturer, seller, distributor and/or retailer of the Mjkone Bed Chest. *See also* Exhibit J, which is incorporated herein by reference.

24. The Mjkone Bed Chest is not manufactured or licensed by Night & Day.

25. On December 5, 2022, a representative of Night & Day purchased the Mjkone bed from Amazon. *See* Exhibit K, which is incorporated herein by reference.

26. The Mjkone Bed Chest was received in Missouri in December 2022.

27. The Mjkone Bed Chest is configured to have an open position and a closed position. In the closed position, the Mjkone Bed Chest resembles a chest or cabinet and encloses a foldable mattress, as shown below:

6



*See* Exhibit L, which is a photograph of the Mjkone Bed Chest received and incorporated herein by reference.

28.     In the open position, the Mjkone Bed Chest forms a sleeping platform designed to support the foldable mattress, as shown below:



*See* Exhibit T, which is incorporated herein by reference.

29.     Comparisons of the Mjkone Bed Chest and Figures 5 and 9 of the '088 patent are shown below:

7



30. Tianjin sells, offers for sale, has offered for sale and has sold the Mjkone Bed Chest within the United States, and specifically within this judicial district.

31. The Mjkone Bed Chest is offered for sale by Tianjin as well as through retailers such as Amazon. *See* Exhibit H and S, which are incorporated herein by reference.

8

## COUNT I
(Infringement of the '088 patent)

32. Night & Day repeats and re-alleges the allegations contained in paragraphs 1-31 of this Complaint as if fully set forth herein.

33. The United States Patent and Trademark Office duly and lawfully issued the '088 patent, entitled "Furniture Objects For Storing Foldable Beds" on June 12, 2018. A true and correct copy of the '088 patent is attached as Exhibit A, which is incorporated herein by reference.

34. The '088 patent was duly issued in full compliance with Title 35 of the United States Code. Each and every claim of the '088 patent is valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

35. Night & Day is the owner of the '088 patent and possesses the exclusive right of recovery, including the right to exclude others and to enforce, sue, and recover damages for past and future infringement.

36. The claims of the '088 patent cover, *inter alia*, furniture products which are configured to have an open and closed position, where, the closed position forms an enclosure for a foldable mattress and the open position forms a sleeping platform configured to support a foldable mattress.

### Direct Infringement

37. Tianjin has been and is now directly infringing, literally and/or under the doctrine of equivalents, one or more claims of the '088 patent in this judicial district and/or elsewhere in Missouri and the United States, including at least claim 1, by, among other things, making, using, offering for sale, selling, and/or importing infringing furniture products configured to have an open and closed position, where, the closed position forms an enclosure for a foldable

mattress and the open position forms a sleeping platform configured to support a foldable mattress, including but not limited to the Mixoy Bed Chest and the Mjkone Bed Chest. Tianjin is thereby liable for infringement of the '088 patent pursuant to 35 U.S.C. § 271.

### Indirect Infringement – Inducement

38. Based on the information presently available to Night & Day, absent discovery, and in addition or in the alterative to direct infringement, Night & Day contends that Tianjin has and continues to indirectly infringe one or more claims of the '088 patent, including at least claim 1, by inducing others, including customers, resellers, end-users, and/or installers of Tianjin's furniture products, including but not limited to the Mixoy Bed Chest and the Mjkone Bed Chest, to make, use, sell, offer for sale, and/or import infringing furniture products in violation of one or more claims of the '088 patent, including at least claim 1.

39. On September 13, 2022, Night & Day notified Tianjin of the '088 patent and specifically highlighted the similarities between the Mjkone Bed Chest and the '088 patent. *See* Exhibit M, which is incorporated herein by reference.

40. On October 28, 2022, Night & Day sent a follow-up letter to Tianjin which again noted the '088 patent and specifically highlighted the similarities between the Mjkone Bed Chest and the '088 patent. *See* Exhibit N, which is incorporated herein by reference.

41. Accordingly, Tianjin has been on notice of the '088 patent as early as September 13, 2022 or before, but has continued since that time to cause others to directly infringe the '088 patent as alleged herein. In accordance with Fed. R. Civ. P. 11(b)(3), Night & Day will likely have additional evidentiary support after a reasonable opportunity for further investigation or discovery on this issue.

42. On information and belief, since Tianjan has been on notice of the '088 patent, Tianjan has knowingly induced infringement of the '088 patent, including at least claim 1 of the '088 patent, and possessed specific intent to encourage others' infringement.

43. On information and belief, since Tianjin has been on notice of the '088 patent, Tianjan knew or should have known that its action would induce actual infringement of the '088 patent, including at least claim 1 of the '088 patent, by others, including customers, resellers, end-users, and/or installers of Tianjin's furniture products, including but not limited to the Mixoy Bed Chest and the Mjkone Bed Chest.

### **Indirect Infringement – Contributory**

44. Based on the information presently available to Night & Day, absent discovery, and in addition or in the alterative to direct infringement and induced infringement, Night & Day contends that Tianjin has and continues to indirectly infringe one or more claims of the '088 patent, including at least claim 1, by offering for sale or selling in the United States or importing in the United States Tianjin's furniture products, including but not limited to the Mixoy Bed Chest and the Mjkone Bed Chest, which are each at minimum a component of one or more claims of the '088 patent, including at least claim 1, and which each at minimum constitutes a material part of the invention of one or more claims of the '088 patent, including at least claim 1.

45. On information and belief, since Tianjin has been on notice of the '088 patent, Tianjan has known that each of the Mixon Bed Chest and the Mjkone Bed Chest was especially made or especially adapted for use in infringing one or more claims of the '088 patent, including at least claim 1, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

### Willfulness

46. Despite being on notice of its infringement of the '088 patent since as early as September 13, 2022 or before, Tianjin has continued to make, use, sell, offer for sale, and/or import the Mixoy Bed Chest and the Mjkone Chest Bed, has continued to induce others to make, use, sell, offer for sale, and/or import the Mixoy Bed Chest and the Mjkone Chest Bed, and/or has continued to contribute to others' making, using, selling, offering for sale, and/or importing of the Mixoy Bed Chest and Mjkone Chest Bed. Tianjin's continued infringement has been deliberate and willful since at least as early as its receipt of the September 13, 2022 notice letter and no later than service of this Complaint.

47. As a result of Tianjin's infringement of the '088 patent, Night & Day has suffered and continues to suffer damages. Thus, Night & Day is entitled to recover from Tianjin the damages Night & Day has sustained as a result of Tianjin's wrongful and infringing acts in an amount subject to proof at trial, which is no less than its lost profits and/or a reasonable royalty rate, together with interest and costs fixed by this Court.

48. Night & Day will continue to suffer irreparable harm for which there is no adequate remedy at law unless Tianjin's activities are preliminary and permanently enjoined by this Court.

### JURY DEMAND

Night & Day hereby demands a trial by jury of all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Night & Day respectfully requests that this Court provide the following relief:

A. Enter judgment for Night & Day on this Complaint;

B. Enter judgment that Tianjin has infringed one or more claims of the '088 patent, either directly or indirectly;

C. Enter judgment that Tianjin account for and pay to Night & Day all damages to costs incurred by Night & Day because of Tianjin's infringing activities and other conduct complained of herein;

D. Award Night & Day damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

E. Enter a permanent injunction enjoining Tianjin and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concern or participation with them, from infringing, inducing the infringement, or contributing to the infringement of the '088 patent or such other equitable relief the Court determines is warranted in this case;

F. Grant Night & Day pre-judgment and post-judgment interest on the damages caused by Tianjin's infringing activities and other conduct complained of herein;

G. Find the case to be exceptional under the provisions of 35 U.S.C § 285;

H. Enter a declaration that Tianjin's infringement has been willful and deliberate;

I. Enter a judgement and order requiring Tianjin to pay to Night & Day its damages, costs, expenses, prejudgment and post-judgment interest, and attorneys' fees, if applicable, for Tianjin's infringement of the '088 patent; and

J. Any and all such other relief, at law or in equity that this Court deems just or proper.

Dated: February 16, 2023                          Respectfully submitted,

/s/ _____
Joel R. Samuels, 63587(MO)
Matthew L. Cutler
Michael P. Kella
HARNESS DICKEY & PIERCE, PLC
7000 Bonhomme, Suite 400
St. Louis, MO 63105
314-726-7500
mcutler@harnessip.com
jsamuels@harnessip.com
mkella@harnessip.com

***Attorneys for Plaintiff,***
***Night and Day Furniture, LLC***