**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| NIGHT AND DAY FURNITURE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIANJIN MOJIA E-COMMERCE CO., ) <br> LTD, ) <br> ) <br> Defendant. ) | Case No. 4:23-cv-176 <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NIGHT AND DAY FURNITURE, LLC'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Pursuant to Fed. R. Civ. P. 55(b), Plaintiff Night and Day Furniture, LLC ("Night & Day") moves for entry of default judgment against Defendant Tianjin Mojia E-Commerce Co., LTD ("Tianjin"). For the reasons explained in the accompanying filed Memorandum in Support of Night & Day's Motion for Entry of Default Judgment, Night & Day respectfully requests that the Court grant this motion and enter default judgment against Tianjin that Tianjan is liable for willful infringement of U.S. Patent No. 9.993,088 ("the '088 Patent") under 35 U.S.C § 271 and issue a permanent injunction pursuant to 35 U.S.C. § 283 against Tianjin and additional appropriate equitable relief as set forth in the accompanying Memorandum.

Dated: April 3, 2025

Respectfully submitted,

*/s/ Joel R. Samuels*
Joel R. Samuels, 63587(MO)
Matthew L. Cutler, 46305(MO)
Michael P. Kella, 64284(MO)
HARNESS DICKEY & PIERCE, PLC
7000 Bonhomme, Suite 400
St. Louis, MO 63105
314-726-7500
jsamuels@harnessip.com
mcutler@harnessip.com
mkella@harnessip.com

**Attorneys for Plaintiff,**
**Night and Day Furniture, LLC**